# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARGARET G. WESELY, | |
| Plaintiff, | 8:21CV410 |
| vs. | |
| WALMART, INC., a Delaware Corporation; | ORDER |
| Defendant. | |

This matter comes before the Court on the Joint Motion for Extension of Remaining Case Deadlines (Filing No. 25). A hearing was held by telephone with counsel for the parties on September 19, 2022, before Magistrate Judge Michael D. Nelson. The parties have notified the Court that they selected Michael Kinney as the mediator and scheduled mediation for November 22, 2022. The parties request that this case be stayed pending the outcome of mediation. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion for Extension of Remaining Case Deadlines (Filing No. 25) is granted**.** All case progression deadlines are stayed pending the outcome of mediation.
2. On or before **November 29, 2022**, the parties shall notify the Court regarding the outcome of mediation.
3. If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines within 14-days after mediation takes place.

Dated this 19th day of September, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge